## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**ANTHONY CALHOUN**                                                          **PLAINTIFF**

**V.**                                    **CASE NO.: 3:15-CV-259-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                           **DEFENDANT**

## ORDER

Pending is the Acting Commissioner of the Social Security Administration's

Unopposed Motion to Remand.  (Docket entry #14)  For good cause shown, the

Commissioner's motion (#14) is GRANTED.  This case is remanded under sentence four

of 42 U.S.C. § 405(g), for further administrative action.

DATED this 14th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE