# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ANTHONY CALHOUN**                                                                                    **PLAINTIFF**

V.                          **CASE NO.: 3:15-CV-259-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                     **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Anthony Calhoun and against the Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

DATED this 14th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE