# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ANTHONY CALHOUN**                                                                     **PLAINTIFF**

V.                       **CASE NO.: 3:15-CV-259-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                       **DEFENDANT**

## ORDER

Plaintiff Anthony Calhoun has moved for an award of attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #17) He seeks fees and expenses in the amount of $2,262.77. The Commissioner does not object to the amount requested. (#19)

Accordingly, Mr. Calhoun's motion (#17) is GRANTED, and he is awarded $2,262.77 in fees and expenses, subject to offset for outstanding debts to the government.

DATED this 24th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE